No. 879. The People, Appellee, v. Torres, Appellant.—Violation of the Sanitary Law. San Juan, Section 2. July 30, 1915. Judgment reversed and defendant discharged.

No. 888. The People, Appellee, v. López, Appellant.—Aggravated assault and battery. Humacao. July 30, 1915. Judgment affirmed, but modified to simple assault and battery.

No. 1405. Vélez, Appellee, v. Rivera et al., Appellants.—Partition of property. (Memorandum of costs.) Mayagüez.

No. 1403. Rivera et al., Appellants, v. Rivera et al., Appellees.—Partition of property. (Memorandum of costs.) Mayagüez.

No. 1354. Antongiorgi et al., Appellants, v. Roig et al., Appellees.—Preference of obligation. Ponce.

No. 1404. Díaz et al., Appellees, v. Cividanes, Appellant.—Judicial administration. Guayama.

November 1, 1915. Appeals withdrawn.

No. 1406. Chinea, Appellant, v. Chinea, Appellee.—Ejectment. San Juan, Section 1.

No. 1407. Pérez, Appellant, v. Biaggi, Appellee.—Filiation and support. Ponce.

No. 1408. Porto Rico Drug Co., Appellee, v. Martínez & Olivella, Appellants.—Action of debt. Ponce.

November 2, 1915. Appeals dismissed.

No. 857. Martínez, Appellee, v. Arroyo, Appellant.—Ejectment. Ponce.

No. 1411. Márquez Brothers, Appellees, v. Alonso, Appellant.—Action of debt. Arecibo.